# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS ALBERTO CONTRERAS,<br><br>Defendant. | CASE NO. 2:25-cr-00025-LK<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE |

    This matter comes before the Court on Defendant Luis Alberto Contreras' Unopposed Motion to Continue Trial and for a Scheduling Order. Dkt. No. 24. Mr. Contreras seeks to continue his trial date from May 5, 2025 to August 11, 2025, and to continue the pretrial motions deadline from March 27, 2025 to June 16, 2025. *Id.* at 1. The Government does not oppose the motion. *Id.*

    Mr. Contreras is charged with one count of Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), and one count Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). Dkt. No. 13 at 1–2. At the arraignment, he pleaded not guilty to the charges and requested discovery. Dkt. No. 19. At the detention hearing, he was released on bond. Dkt. No. 9.

ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DEADLINE - 1

Mr. Contreras avers that the Government has provided limited discovery to date. Dkt. No. 24 at 1. The Court recently entered a discovery protective order. Dkt. No. 21. As such, Mr. Contreras' counsel requests additional time to receive and review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the Government, and explain potential plea, trial, or sentencing consequences with Mr. Contreras. Dkt. No. 24 at 1–2. Mr. Contreras has waived his right to a speedy trial up to and including August 25, 2025. Dkt. No. 25 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Contreras in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to defense counsel's need for more time to receive and review discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the Government, consult with Mr. Contreras, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Contreras reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 24, and ORDERS that the trial date for Mr. Contreras shall be continued from May 5, 2025 to August 11, 2025, and that the pretrial motions deadline shall be continued from March 27, 2025 to June 16, 2025. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Contreras' trial must commence under the Speedy Trial Act.

The Court further GRANTS the parties' request for a scheduling order, Dkt. No. 24 at 3, and will enter a separate order adopting the parties' proposed schedule.

Dated this 21st day of March, 2025.

*Lauren King*

Lauren King
United States District Judge