UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>LUIS ALBERTO CONTRERAS,<br><br>       Defendant. | CASE NO. 2:25-cr-00025-LK<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY APPEARANCE BOND |

  Having considered Defendant Luis Alberto Contreras's Unopposed Motion to Temporarily Modify Appearance Bond, Dkt. No. 30, the Court GRANTS the motion and accordingly modifies Mr. Contreras' Appearance Bond, Dkt. No. 10, as follows:

  Mr. Contreras is restricted to travel only within the Western District of Washington and is subject to home detention, except on May 1–2, 2025, when he may travel to the Eastern District of Washington. Specifically, on those dates he may drive to Washington State University in Pullman, Washington, and stay one night with family in Royal City, Washington. He must

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO TEMPORARILY MODIFY APPEARANCE BOND - 1

communicate these travel plans, and the address where he will stay in Royal City, to the Location Monitoring Specialist in advance.

Dated this 25th day of April, 2025.

*Lauren King*
Lauren King
United States District Judge