UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>    v.<br><br>LUIS ALBERTO CONTRERAS,<br><br>                     Defendant. | CASE NO. 2:25-cr-00025-LK<br><br>SECOND ORDER CONTINUING TRIAL |

       This matter comes before the Court on Defendant Luis Alberto Contreras' Unopposed Motion to Continue Trial and for a Scheduling Order. Dkt. No. 35. Mr. Contreras seeks to continue his trial date from August 11, 2025 to April 6, 2026, and to continue the pretrial motions deadline from June 16, 2025 to February 9, 2026. *Id.* at 1. The Government does not oppose the motion. *Id.* at 1.

       Mr. Contreras is charged with one count of Possession of a Controlled Substance with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), and one count Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. §

924(c)(1)(A)(i). Dkt. No. 13 at 1–2. At the arraignment, he pleaded not guilty to the charges and requested discovery. Dkt. No. 19. At the detention hearing, he was released on bond. Dkt. No. 9.

Mr. Contreras avers that the Government has provided some discovery to date, and has informed the defense that additional discovery, including cell phone extractions, will be made available soon. Dkt. No. 35 at 2. Further complicating the case schedule, a related case has been filed, and counsel for Mr. Contreras "has significant trial conflicts until April 2026." *Id.* at 1–2. As such, counsel requests additional time "to receive and review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the Government, and explain potential plea, trial, or sentencing consequences with Mr. Contreras." *Id.* at 2. Mr. Contreras has waived his right to a speedy trial up to and including April 20, 2026. Dkt. No. 37 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. Contreras in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to defense counsel's need for more time to receive and review discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, consult with Mr. Contreras, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. Contreras reasonable time to accomplish the above tasks.

For these reasons, the Court GRANTS the motion, Dkt. No. 35, and ORDERS that the trial date for Mr. Contreras shall be continued from August 11, 2025 to April 6, 2026, and that the pretrial motions deadline shall be continued from June 16, 2025 to February 9, 2026. It is further

ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Contreras' trial must commence under the Speedy Trial Act.

The Court DENIES without prejudice the parties' request for a scheduling order, Dkt. No. 35 at 3, which permits the Government's motions in limine to be filed less than a month before trial and the defense's motions in limine to be filed on the eve of trial (March 23, 2026, with a noting date of April 4, 2026). This provides the Court with insufficient time to review and rule on the motions prior to trial. The Court typically sets pretrial motions deadlines at least six weeks before trial so that it can address them by the pretrial conference (10 days prior to trial).

Dated this 11th day of June, 2025.

*Lauren King*

Lauren King
United States District Judge

SECOND ORDER CONTINUING TRIAL - 3