UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br>LUIS ALBERTO CONTRERAS,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:25-cr-00025-LK<br><br>ORDER TEMPORARILY MODIFYING CONDITIONS OF BOND |

Having considered Defendant Luis Alberto Contreras's Unopposed Motion to Modify Conditions of Bond, Dkt. No. 48, which neither the United States nor Probation and Pretrial Services opposes, *id.* at 1, the Court GRANTS the motion and modifies Mr. Contreras' conditions of bond, Dkt. No. 10, as follows:

Mr. Contreras is restricted to travel only within the Western District of Washington and is subject to home detention and curfew, except as follows:

- Between August 14 and 17, 2025, he may travel to Washington State University in Pullman, Washington, to bring his daughter to school there, and he may stay with

ORDER TEMPORARILY MODIFYING CONDITIONS OF BOND - 1

family in Royal City, Washington.

- Between August 22 and 24, 2025, he may go camping overnight with his family in Ocean Shores, Washington, but must remain within the Western District of Washington.

- Between August 29 and 31, 2025, he may again travel to Royal City, Washington, to stay with family there.

Mr. Contreras must communicate in advance his travel plans and each destination's address to the Location Monitoring Specialist. All other conditions are unchanged.

Dated this 12th day of August, 2025.

*Lauren King*

Lauren King
United States District Judge

ORDER TEMPORARILY MODIFYING CONDITIONS OF BOND - 2